UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY E. BROWER,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S COMPANIES, INC., LOWE'S HIW, INC., and HOMAX PRODUCTS, INC.,<br><br>    Defendants. | Case No. 08-cv-800-JPD<br><br>ORDER OF DISMISSAL |
| HOMAX PRODUCTS, INC.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>JERRY E. BROWER,<br><br>    Counter-Defendant,<br><br>    v.<br><br>WALL REPAIR SYSTEMS, INC.,<br><br>    Third-Party Defendant. | |

Based on the stipulation presented, Plaintiff and Counter-Defendant JERRY E. BROWER ("BROWER"), Defendant and Counter-Claimant HOMAX PRODUCTS, INC. ("HOMAX") and Third-Party Defendant Wall Repair Systems, Inc. ("WRS") have reached an

ORDER OF DISMISSAL
PAGE - 1

agreement that resolves all issues between them as relates to the matters asserted in this lawsuit.

IT IS THEREFORE ORDERED that the claims by BROWER against HOMAX, the counterclaims by HOMAX against BROWER, and the third party claims by HOMAX against WRS are each hereby DISMISSED WITH PREJUDICE and without costs or attorneys' fees to any party.

Plaintiff BROWER's claims against Defendants LOWE'S COMPANIES, INC. and LOWE'S HIW, INC. were previously voluntarily dismissed without prejudice. *See* Dkt. No. 13. Accordingly, because no claims remain, this action is DISMISSED. Each party will bear its own costs and fees.

DATED this 1st day of April, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge